UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA            :

       - v. -                              :

LARRY FARMER,                        :   INDICTMENT
    a/k/a "P-90,"
                               :   **19 CRIM 427**
           Defendant.           :

- - - - - - - - - - - - - - - - X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 11 2019

## COUNT ONE
### (Firearms Trafficking)

The Grand Jury charges:

    1.   From at least on or about April 17, 2018 up to and including at least on or about May 20, 2019, in the Southern District of New York and elsewhere, LARRY FARMER, a/k/a "P-90," the defendant, not being a licensed importer, licensed manufacturer, and licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully and knowingly engage in the business of importing, manufacturing, and dealing in firearms, and in the course of such business did ship, transport, and receive firearms in interstate and foreign commerce, to wit, FARMER transported firearms from South

Carolina and other states to Manhattan and Brooklyn, New York for the purpose of illegally reselling the firearms.

(Title 18, United States Code, Sections 922(a)(1)(A), 924(n), and 2.)

## COUNT TWO
(Felon in Possession)

The Grand Jury further charges:

2. On or about April 17, 2018, in the Southern District of New York and elsewhere, LARRY FARMER, a/k/a "P-90," the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did possess in and affecting commerce a firearm, to wit, a Remington 1911 R1 .45 caliber pistol, which had previously been shipped and transported in interstate commerce, and did so knowingly.

(Title 18, United States Code, Sections 922(g)(1) and 2.)

_____
FOREPERSON

_____
GEOFFREY S. BERMAN
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

LARRY FARMER,
a/k/a "P-90,"

Defendant.

INDICTMENT

19 Cr.

(18 U.S.C. §§ 922(a)(1)(A), 924(n), 922(g)(1), and 2.)

GEOFFREY S. BERMAN
United States Attorney

*[signature]*
Foreperson

06/11/19   INDICTMENT FILED
(CA)   WHEEL A - DJ SWAIN
                    KH PARKER
                    USMJ