

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 7, 2019

**MEMO ENDORSED**

**BY ECF**

The Honorable Laura T. Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-8-2019
```

    Re:    United States v. Larry Farmer, a/k/a "P-90," 19 Cr. 427 (LTS)

Dear Judge Swain:

    On June 13, 2019, Larry Farmer, a/k/a "P-90," the defendant, was arraigned on an Indictment in the above-captioned matter. On June 26, 2019, an initial conference was held before Your Honor. A status conference is currently scheduled for Friday, November 8, 2019, at 11 a.m.

    After conferring with the Court's chambers, the parties contacted the Magistrate Court to arrange for a change-of-plea conference, which has been scheduled for Tuesday, November 12, 2019, at 11 a.m. Therefore, the parties respectfully request that the Court adjourn the November 8, 2019 status conference *sine die*.

    In the event that the Court grants the requested adjournment, the Government respectfully requests that the Court exclude time under the Speedy Trial Act, from November 8, 2019 through November 15, 2019, to permit the parties to proceed with the scheduled change-of-plea conference and to submit to Your Honor the appropriate request and proposed order to accept the anticipated guilty plea. The Government submits that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

The Government has conferred with counsel for the defendant, who has consented to the exclusion of time.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____
Brett M. Kalikow
Assistant United States Attorneys
(212) 637-2220

cc: Martin Cohen, Esq. (via ECF)

The foregoing requests are granted, for the above-stated reasons. DE # 18 resolved.

SO ORDERED:

_____ 11/8/19
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE