# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 12, 2019

*By ECF*

Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-13-19

Re: *United States v. Larry Farmer*, 19 Cr. 427 (LTS)

Dear Judge Swain:

I write on consent (Assistant U.S. Attorney Brett Kalikow and U.S. Pretrial Services Officer Jonathan Lettieri) to respectfully request that the Court modify Mr. Farmer's bail conditions by replacing the condition of home detention with a curfew, with continued GPS monitoring, and with the hours to be set at the discretion of Pretrial Services.

Mr. Farmer has been on pretrial release since May 21, 2019, and has been wholly compliant with all the conditions of release, which have included home detention with GPS monitoring. Among other things, Mr. Farmer has been working full time as a construction worker, and his performance at work has been excellent.

Respectfully submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
(212) 417-8737

Cc: Brett Kalikow, Esq., by ECF
Jonathan Lettieri, Pretrial Services, by e-mail

The requested Modifications are granted. DE #20 resolved.

SO ORDERED:



11/13/19
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE