USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-6-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
:
UNITED STATES OF AMERICA
: 19-CR-427-LTS-1
:
-against- : ORDER
:
Larry Farmer,
  a/k/a "P-90,"
: 
  Defendant
:
------------------------------------X

LAURA TAYLOR SWAIN, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include: drug testing/treatment as directed by Pretrial Services.

Dated: New York, New York
       January 6, 2020

SO ORDERED:

_____
LAURA TAYLOR SWAIN
United States District Judge