USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1-13 2016_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                     :
UNITED STATES OF AMERICA                             :
                                                     :      [PROPOSED] ORDER
            - v. -                                   :
                                                     :      19 Cr. 427 (LTS)
LARRY FARMER,                                        :
    a/k/a "P-90"                                     :
                                                     :
            Defendant.                               :
                                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - -  x

WHEREAS, with the defendant's consent, his guilty plea allocution was made

before a United States Magistrate Judge on November 12, 2019;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted

to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the

defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for

the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:      New York, New York
            January 13, 2020

                                    _____
                                    THE HONORABLE LAURA T. SWAIN
                                    UNITED STATES DISTRICT JUDGE
                                    SOUTHERN DISTRICT OF NEW YORK