**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

April 14, 2020

*By ECF*

Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     *United States v. Larry Farmer*, 19 Cr. 427 (LTS)

Dear Judge Swain**:**

    I write on consent (Assistant U.S. Attorney Brett Kalikow) to respectfully request that the Court extend Mr. Farmer's surrender date – which is currently May 14, 2020 – by 60 days in light of the COVID-19 pandemic.

    Respectfully submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
(212) 417-8737

Cc:     Brett Kalikow, Esq., by ECF