# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

April 14, 2020

*By ECF*

Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

<u>MEMO ENDORSED</u>

Re:   *United States v. Larry Farmer*, 19 Cr. 427 (LTS)

Dear Judge Swain**:**

I write on consent (Assistant U.S. Attorney Brett Kalikow) to respectfully request that the Court extend Mr. Farmer's surrender date – which is currently May 14, 2020 – by 60 days in light of the COVID-19 pandemic.

Respectfully submitted,

/s/_____
Martin S. Cohen
Ass't Federal Defender
(212) 417-8737

Cc:   Brett Kalikow, Esq., by ECF

The request is granted.  Mr. Farmer's surrender date is hereby extended to Thursday July 16, 2020.
Mr. Farmer must surrender at the designated institution by 2:00 p.m.  DE #33 resolved.

SO ORDERED.
4/14/2020
/s/ Laura Taylor Swain, USDJ