# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

June 11, 2020

*By ECF*

Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Larry Farmer*, 19 Cr. 427 (LTS)

Dear Judge Swain**:**

      I write on consent (Assistant U.S. Attorney Brett Kalikow) to respectfully request that the Court extend Mr. Farmer's surrender date – which is currently July 16, 2020 – by 60 days in light of the COVID-19 pandemic. At this time, the BOP is not allowing inmates to surrender directly to their designated facilities, but must report to one of three quarantine sites – located in Missouri, California, and Oklahoma City – or to a "BOP detention center/jail unit," which may possibly include the MDC or the MCC. *See BOP Implementing Modified Operations*, available at: https://www.bop.gov/coronavirus/covid19_status.jsp. Although we can't predict the future, I'm hopeful that by September things may normalize a bit and Mr. Farmer will be able to report directly to his designated facility to serve his sentence.

      Respectfully submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
(212) 417-8737

Cc:   Brett Kalikow, Esq., by ECF

---

The request is granted.  Mr. Farmer must report as directed by the Bureau of Prisons on September 10, 2020, by 2:00 p.m.   DE#37 resolved.
SO ORDERED.
6/12/2020
/s/ Laura Taylor Swain, USDJ