# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 1, 2020

*By ECF*

Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Larry Farmer*, 19 Cr. 427 (LTS)

Dear Judge Swain**:**

      I write on consent (Assistant U.S. Attorney Brett Kalikow) to respectfully request that the Court extend Mr. Farmer's surrender date – which is currently September 10, 2020 – by 60 days in light of the COVID-19 pandemic. On March 12, 2020, the Court sentenced Mr. Farmer to a term of 60 months' imprisonment, and set an initial surrender date of May 14, 2020, which has been adjourned twice due to the pandemic. At this time, my understanding is that the BOP is still not allowing inmates to surrender directly to their designated facilities, but instead requiring them to report to one of three quarantine sites – located in Missouri, California, and Oklahoma City – or to a "BOP detention center/jail unit," which may possibly include the MDC or the MCC. *See BOP Implementing Modified Operations*, available at: https://www.bop.gov/coronavirus/covid19_status.jsp. Hopefully, the BOP's designation process will normalize over the next few months. Mr. Farmer is working and has otherwise been compliant with all the conditions of his release.

Respectfully submitted,

The surrender date is extended to
November 12, 2020.
DE# 39 resolved.
SO ORDERED.
/s/ Laura Taylor Swain, USDJ

/s/
Martin S. Cohen
Ass't Federal Defender
(212) 417-8737

Cc:   Brett Kalikow, Esq., by ECF