# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

January 12, 2021

*By ECF and by e-mail*

Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Larry Farmer*, 19 Cr. 427 (LTS)

Dear Judge Swain**:**

     I write on consent (Assistant U.S. Attorney Brett Kalikow) to respectfully request that the Court extend Mr. Farmer's surrender date – which is currently scheduled for January 14, 2021 – by 90 days in light of the COVID-19 pandemic. On March 12, 2020, the Court sentenced Mr. Farmer to a term of 60 months' imprisonment, and set an initial surrender date of May 14, 2020, which has been adjourned four times due to the pandemic. Mr. Farmer has been wholly compliant with all the conditions of release.

     We are seeking another adjournment for three reasons: first, Mr. Farmer is obese (his body mass index is greater than 30), a condition which, according to the CDC, puts him at increased risk of suffering severe consequences from COVID-19. The pandemic has devastated the federal prison population, and vulnerable inmates have suffered severe consequences, even death. At FCI McKean, where Mr. Farmer has been designated, *35% of inmates* have tested positive to date. *See* https://www.bop.gov/coronavirus/. Second, vaccines are on the horizon, and it is our hope that during the requested adjournment vaccines will be made available to federal inmates. Third, the current conditions of confinement – prisoners are often locked in their cells for long stretches of time – make incarceration far more punitive than could have been envisioned when the Court originally sentenced Mr. Farmer. For Mr. Farmer and his family, the fact that visitation is currently suspended, and the prospect of not being to see one another for a significant period of time, weighs particularly heavily.

     Although it is not clear exactly when vaccines will be made available to federal inmates, our hope is that it will take place within the next 90 days, which will ease the harsh

Honorable Laura Taylor Swain  
January 12, 2021

Page 2

Re:  *United States v. Larry Farmer*, 19 Cr. 427 (LTS)

pandemic conditions of federal incarceration, and allow the prisons to resume family visitation.

Thank you for your consideration of this request.

| | |
|---|---|
| The request is granted. The surrender date is extended to May 13, 2021, by 2:00 p.m. at the designated institution.<br>SO ORDERED.<br>1/13/2021<br>/s/ Laura Taylor Swain, USDJ | Respectfully submitted,<br><br>/s/ _____<br>Martin S. Cohen<br>Ass't Federal Defender<br>(212) 417-8737 |

Cc:  Brett Kalikow, Esq., by ECF