```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :   19 Cr. 427-1 (LTS)
    -against-                        :   ORDER
                                     :
Larry Farmer                         :
                                     :
        Defendant                    :
                                     :
-------------------------------------X
```

LAURA TAYLOR SWAIN, Chief United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to allow the removal of GPS monitoring in advance of the defendant's surrender to the BOP on May 13, 2021.

    Dated: New York, New York
           May __12__, 2021

                                        SO ORDERED:


                                         /s/ Laura Taylor Swain
                                        _____
                                        LAURA TAYLOR SWAIN
                                        Chief U.S. District Judge