UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                 No.  19-CR-427-LTS

LARRY FARMER,

        Defendant.

-------------------------------------------------------x

O<span style="font-variant:small-caps">RDER</span>

        The Court has received Defendant Larry Farmer's motion for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(1)(A).  (Docket Entry No. 46.)  The Government is directed to file its response to Mr. Farmer's motion, which must include his BOP medical records, by **August 27, 2021**.  The Government may request that the Court file under seal medical records that are included in the Government's response, and sensitive medical information may be redacted from the response that is filed on ECF.  A complete, unredacted courtesy copy of the Government's response must be mailed to the Defendant and emailed to Chambers via SwainNYSDCorresp@nysd.uscourts.gov.

Mr. Farmer's reply to the Government's response, if any, must be filed by

**September 10, 2021.**

SO ORDERED.

Dated: New York, New York
          August 17, 2021

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

**Copy Mailed To:**
Larry Farmer
Reg. Number 76308-054
FCI McKean
6975 PA-59
Lewis Run, PA 16738